UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                :
                                                :
                                                :    19-CV-3356 (JPC)
In re: Bemis Co. Securities Litigation          :
                                                :         ORDER
                                                :
                                                :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that the oral argument on the Motion to Dismiss scheduled for December 8, 2020 at 2:00 p.m. will take place via telephone. At the scheduled time, counsel for the parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge