**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE: BEMIS CO. SECURITIES LITIGATION          19 **CIVIL** 3356 (JPC)

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 12, 2021, the Defendants' Motion to Dismiss is granted and this case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
January 12, 2021

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                **Clerk of Court**
                                                    BY:
                                                                _____
                                                                **Deputy Clerk**